UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

RODNEY F.,

               Plaintiff,

v.                                                                               5:20-cv-01165
                                                                                 (ML)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

               Defendant.

_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Legal Aid Society of Mid-New York, Inc.<br>Syracuse Office<br>  Counsel for the Plaintiff<br>221 South Warren Street, Suite 310<br>Syracuse, New York 13202 | ELIZABETH LOMBARDI, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>  Counsel for the Defendant<br>J.F.K. Federal Building<br>15 New Sudbury Street<br>Boston, Massachusetts 02203 | LOUIS GEORGE, ESQ.<br>Special Assistant United States<br>Attorney |

MIROSLAV LOVRIC, United States Magistrate Judge

### CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)

      This matter having been opened to the Court by CARLA B. FREEDMAN, United States

Attorney for the Northern District of New York, and Louis John George, Special Assistant

United States Attorney, attorneys for Defendant, for an Order remanding the within cause of

action to the Defendant pursuant to Sentence 4 of 42 U.S.C. § 405(g) so that further

administrative action, including a hearing before an Administrative Law Judge and the issuance

of a new decision, may be taken; and Plaintiff, through counsel Elizabeth Victoria Lombardi, having consented to the within order and the requested remand (Dkt. No. 17), and the Court having considered the matter,

IT IS on this 21st day of October, 2021,

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action; and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

**ORDERED** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412.


Dated: October 21, 2021
       Binghamton, New York

_____
Miroslav Lovric
U.S. Magistrate Judge